Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; and ELECTRICAL WORKERS PENSION TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a foreign limited liability company,<br><br>Defendant. | Case No.: 2:21-cv-00062-GMN-BNW<br><br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT** |

Plaintiffs, the Board of Trustees of the Electrical Workers Pension Trust (the "Trustees" or "Board of Trustees") and the Electrical Workers Pension Trust (the "Trust") by and through their attorneys of records Adam P. Segal, Esq., and Christopher M. Humes, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP and Defendant, National Technologies, LLC ("NST"), by and through its attorneys, Malani L. Kotchka, Esq., of the law firm of Hejmanowksi & McCrea, LLC, hereby stipulate and agree, subject to this Court's approval, to extend the deadline for NST to file a responsive pleading to the complaint as follows:

22170866.1

1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

1.    The Trustees and Trust filed the Complaint on January 12, 2021 (ECF No.1).

2.    NST was served with the Complaint and Summons on January 19, 2021 (ECF No. 5).

3.    NST's responsive pleading is currently due on February 9, 2021.

4.    NST is requesting an extension of time to file a responsive pleading to the Complaint until February 16, 2021.

5.    NST's request for an extension of time is to allow out of state counsel to file pro hac vice applications with the Court.

6.    The parties agree and hereby stipulate, subject to this Court's approval, that the deadline for NST's responsive pleading is extended to February 16, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

22170866.1

1       7.     The foregoing stipulation is made in good faith and is not made for the purpose of

2   delay or for any other improper purpose.

3

4   BROWNSTEIN HYATT FARBER           HEJMANOWSKI & McCREA, LLC
    SCHRECK, LLP

5   /s/ Christopher M. Humes                  /s/ Malani L. Kotchka

6   Adam P. Segal, Esq.                   Malani L. Kotchka, Esq.
    Nevada Bar No. 6120                  Nevada Bar No. 13168

7   Christopher M. Humes, Esq.         602 South Fremont Avenue, Suite 320
    Nevada Bar No. 12782                Las Vegas, Nevada 89101

8   100 North City Parkway, Suite 1600    Telephone:  (702) 834-8777
    Las Vegas, Nevada 89106-4614      Facsimile:  (702) 834-5262

9   Telephone:  (702) 382-2101
    Facsimile:  (702) 382-8135

10

11  Attorneys for Plaintiffs               Attorney for Defendant

12  Dated:  February 4, 2021               Dated:  February 4, 2021

13

14

15                        **O R D E R**

16       **IT IS SO ORDERED.**

17

18             **UNITED STATES DISTRICT/MAGISTRATE JUDGE**

19             **DATED:**   2/8/2021

20             **CASE NO.  2:21-cv-00062-GMN-BNW**

21

22

23

24

25

26

27

28

22170866.1                         3

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101