1  Adam P. Segal, Esq.
   Nevada Bar No. 6120
2  Christopher M. Humes, Esq.
   Nevada Bar No. 12782
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
4  Las Vegas, Nevada 89106
   Telephone:  (702) 382-2101
5  Facsimile:    (702) 382-8135
   Email: asegal@bhfs.com
6  Email: chumes@bhfs.com
7
8  Attorneys for Plaintiffs

9               **UNITED STATES DISTRICT COURT**

10              **DISTRICT OF NEVADA**

11
   BOARD OF TRUSTEES OF THE          Case No. 2:21-cv-00062-GMN-BNW
12 ELECTRICAL WORKERS PENSION
   TRUST, and ELECTRICAL WORKERS
13 PENSION TRUST
14                                   **STIPULATION AND [PROPOSED] ORDER**
                         Plaintiffs,  **TO STAY DISCOVERY**
15 vs.
16                                   **[FIRST REQUEST]**
17 NATIONAL SECURITY
   TECHNOLOGIES, LLC, a foreign limited
18 liability company,
19                        Defendant.
20

21        Plaintiffs, the Board of Trustees of the Electrical Workers Pension Trust and the Electrical

22 Workers Pension Trust (collectively, the "Trust") by and through their attorneys of records Adam

23 P. Segal, Esq., and Christopher M. Humes, Esq., and Defendant National Security Technologies,

24 LLC ("NST"), by and through their attorneys of record Richard J. Birmingham, Esq. and Malani

25 L. Kotchka, Esq., hereby stipulate and agree to stay discovery until after the Court rules on the

26 pending Motion for Summary Judgment filed by the Trust.

27 / / /

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

This case involves the Trust's allegations that NST was untimely in its initiation of arbitration to dispute a withdrawal liability assessment from the Trust, pursuant to the Employee Retirement Income Security Act of 1974, as amended by the Multiemployer Pension Plan Amendments Act of 1980. The Trust recently filed a Motion for Summary Judgment (ECF No. 14, filed Mar. 26, 2021), the Parties agree that staying discovery while the Motion for Summary Judgment is pending would conserve both the Parties' and the Court's resources. If a stay of discovery was not entered, the Parties would likely engage in discovery prior to the discovery cutoff, and the Court would have to adjudicate any disputes arising from those discovery efforts, all while a motion is pending that will likely resolve this matter, one way or another.

The Parties therefore agree that good cause exists to stay discovery in this matter until after the Court rules on the pending Motion for Summary Judgment. If the Court does not grant the Motion for Summary Judgment, and does not otherwise dismiss or stay this matter after the resolution of the Motion, the Parties will meet for a conference pursuant to Federal Rule of Civil Procedure 26(f) within fourteen (14) days of the Court's ruling on the Motion and provide a proposed discovery schedule within twenty-one (21) days of the Court's ruling on the Motion.

This stipulated request for a stay of discovery is not made for the purpose of delay, but instead to adjust the discovery needs to this specific matter, and conserve the Parties' and the Court's resources when no discovery is likely needed to resolve this dispute.

Dated this 2nd day of April, 2021.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

*Attorneys for Plaintiffs*

Dated this 2nd day of April, 2021.

**DAVIS WRIGHT TREMAINE LLP**

/s/ Richard J. Birmingham
Richard J. Birmingham, Esq. (*Pro Hac Vice*)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610

Malani L. Kotchka, Esq.
520 South Fourth Street, Suite 320
Las Vegas, NV 89101

*Attorneys for Defendant*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

# O R D E R

IT IS ORDERED, the Court having found good cause, that discovery in this matter is stayed until the Court provides a decision on the Plaintiffs' pending Motion for Summary Judgment (ECF No. 14, filed Mar. 26, 2021).

IT IS FURTHER ORDERED that if the Court does not grant the Plaintiffs' Motion for Summary Judgment in full, or does not otherwise dismiss or stay this matter, the Parties will meet for a conference pursuant to Federal Rule of Civil Procedure 26(f) within fourteen (14) days of the Court's ruling on the Motion and provide a proposed discovery schedule within twenty-one (21) days of the Court's ruling on the Motion.

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: ___April 9, 2021___

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

22507879.1

3