AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Board of Trustees of Electrical Workers Pension Trust, et al.,

        Plaintiffs,

v.

National Security Technologies, LLC,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00062-GMN-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiffs' Motion for Summary Judgment is GRANTED and this case is dismissed.

3/30/2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk