AO 133   (NVD Rev. 04/2020) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Board of Trustees of Electrical Workers Pension Trust, et al.<br>v.<br>National Security Technologies, LLC | Case No.: 2:21-cv-00062-GMN-BNW |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/30/2022__ against National Security Technologies, LLC,
                                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $ 402.00 |
| Fees for service of summons and subpoena ......................................... | 175.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses *(itemize on page two)* ........................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................................... | |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals .................................... | |
| Compensation of court-appointed experts ......................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ....................................................... | |
| TOTAL | $ 577.00 |

*SPECIAL NOTE:*
*Attach to your bill an itemization and documentation for requested costs in all categories.*
28 U.S.C. § 1924 and LR 54-1(b) require an affidavit to be attached to this bill.

A copy of this bill and attached documentation has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid
☐ Other:
s/ Attorney: _(signature)_

Name of Attorney: Christopher M. Humes, Esq.

For: Board of Trustees of Electrical Workers Pension Trust, et al     Date: 04/13/2022
         *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of __$577.00 No objections filed.__ and included in the judgment.

DEBRA K. KEMPI                 By:   /s/ Lia Griffin                             05/05/2022
*Clerk of Court*                       *Deputy Clerk*                                *Date*